■ LINDIWE KHANYILE, Appellant, v ROOSEVELT HOSPITAL, Respondent, et al., Defendant.—

In this medical malpractice action there were long periods of inactivity. The plaintiff failed to satisfy the conditions of a prior order vacating her default. Therefore, the IAS court acted within its discretion. Contrary to plaintiff's position, this

action was not stayed because of proceedings brought in Federal court. The filing of a notice of appeal does not result in a stay. *(Catalane v Plaza 400 Owners Corp.,* 124 AD2d 478, 480.) Concur—Murphy, P. J., Carro, Kassal and Rosenberger, JJ.